302 U.S. 723
 58 S.Ct. 44
 82 L.Ed. 558
 Robert E. McGRATH, petitioner,
v.
Guy T. HELVERING, Commissioner of Internal Revenue.
 No. 309.
 Supreme Court of the United States
 October 11, 1937
 
 Mr. Camden R. McAtee, of Washington, D. C., for petitioner.
 
 
 1
 For decision below, see 89 F.(2d) 1013.
 
 
 2
 Petition for writ of certiorari of the United States Circuit Court of Appeals for the Sixth Circuit denied.
 
 
 3
 Rehearing denied 302 U.S. 776, 58 S.Ct. 136, 82 L.Ed. ——.